I have been thinking about what I should say in this moment every day since I was initially taken in by the police. Over the past two years, I have found that I simply do not have the words to accurately express just how remorseful I am for my past actions and how they have affected others. The best that I can say is that I accept full responsibility for my offenses in their entirety and I am sorry for all of the harm that I have caused. This is that attempt. I cannot read this out loud. It would be too much. And I don't want anyone to have to wait to hear it at sentencing. I honestly wished I had been able to say all of this every day over the past two years.

**To the families and friends of the victims that I have harmed:**

> I am sorry for the pain and sense of betrayal that I have brought upon you, your family, and your friends. I know that many of you trusted me to care for your child and instead of upholding the sacred responsibility that I had to protect their safety and wellbeing, I acted selfishly, violated your trust, and failed to honor my commitment to you and your family. I feel remorse every day for the suffering that I brought to your lives and wish that I could reverse the trauma that I have created for you. I cannot imagine how difficult it must have been to care for your loved one that was impacted by my reprehensible behavior. I am sorry and will continue to keep every single one of you in my prayers.

**To everyone who was a victim of my harmful actions:**

> I am sorry for violating the trust that you placed in me and for invading your privacy when I recorded you in the restroom. Many of you were students who were entrusted to my care and some of you were esteemed colleagues with whom I had worked for quite a long time. I genuinely cared, and still do, for each and every one of you and yet I deliberately chose to violate you in a way that can never be undone. I am so deeply sorry. I never intended to hurt you and never imagined that these recordings would be viewed by anyone else. I pray every day that God grants you healing and strength as you work through the pain that my selfish actions and disregard for your privacy and wellbeing have undoubtedly caused. I want you to know that I did not share the images with anyone else and, hopefully, now that they are in the hands of law enforcement, no one will ever see them again.

> I share this with you today, not to ask for your forgiveness; I believe that you have every imaginable right to hate me. I simply wish for you to know that I take full responsibility for my actions and although I never intended to hurt you, I know I did. I am committed to **working hard** every day to make amends and rehabilitate myself in a manner that avoids disregarding and disrespecting the **lives/wellbeing** of anyone else ever again.

> I became a teacher in order to uplift others, especially those who may be struggling to find their place in the world, and instead of remaining true to this goal, I abused my position and took advantage of the trust that you placed in me. Just as you will likely never forgive me, I will never forgive myself for my actions and will carry this guilt with me for the rest of my life. My conscience will forever be stained with the memory of the harm that I brought on your lives. As I move forward, I will continue to keep your healing and recovery in my daily prayers.

**To the teachers, school administrators, and citizens in the Sun Prairie Area:**

> I never imagined that I would engage in behavior that ended up causing so much harm to the very community that I was happy to have called my home for over ten years. When I was first offered what I thought was my "dream job" in Sun Prairie, I told myself that I wanted to live out my entire career in the community. Instead, I brought negative publicity to Prairie View, the Sun Prairie Area School District, and the Sun Prairie Community at large. I am so sorry for leading you to believe that I was a responsible member of society.

> I am sorry that the teachers and administrators throughout the Sun Prairie Area School District were required to set aside valuable work and teaching time in order to address and respond to my crimes. I know that this is time that could have been better spent improving the lives of all of the students across the district. I deeply regret the inordinate amount of stress, anxiety, and uncertainty that my actions have added to your already difficult jobs. I sincerely apologize for the trouble that my actions brought about.

**To the employees of law enforcement, the criminal justice system, and the court who have been involved in these proceedings:**

> I am sorry for the amount of time, energy, and mental anguish that you have likely had to expend in order to process my case. I have always considered myself an adamant "rule follower" and did not intend to live a life that would require guidance and correction from law enforcement and the legal system. I regret that you had to devote resources to help me resolve my criminal behavior that I lacked the courage and moral fortitude to address on my own.

> I am also sorry that many of you had to view the images and videos that were found on my device. I cannot imagine the amount of **anguish** and devastation that doing so may have brought to your mental health. I am extremely grateful for the outstanding level of courtesy and respect that you showed to me even after going through the contents of my device.

> I am also eternally grateful to the court for allowing me the privilege of pretrial bond for the past two years. I assure you that I did not let this time pass by idly. I only regret that I was not brave enough to seek out these types of resources and treatments on my own before I engaged in behavior that caused serious harm to so many people.

**To my parents and family members:**

> I am sorry for the impossible place that I know my actions have put you in. You have supported and loved me throughout my life, and, in return, I have acted in a way that has brought shame to my family and undermined the very morals that you worked hard to instill in me. The way in which I acted violates everything that you ever taught me about showing respect for human decency and treating others the way in which I would like to be treated. You raised me to behave better than the way in which I have acted, and you certainly did not deserve the embarrassment and disgrace that my offense has created for you. I regret that I was not brave enough to be open and honest with you about my mental struggles, my sexuality, and my immoral behavior. I am sorry that I kept this secret from you and put you in the position that you are in today.