**AMY SCHLEY, PH.D., S.C.**

204 Wisconsin Avenue
Waukesha WI 53186

Phone (262) 542-6694
Fax (262) 542-6213

March 13, 2025

Honorable William M. Conley
District Court Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Your Honor,

This document is being prepared on behalf of Matthew Quaglieri (DOB=12-14-87). Mr. Quaglieri entered care 10-25-23 and was last seen 12-17-24. On 12-14-24, a message was received from Mr. Quaglieri, cancelling a scheduled appointment for 1-14-25 as his court date had been rescheduled for early January 2025.

Mr. Quaglieri was simply the model patient. He arrived on time, completed therapeutic suggestions, participated fully in each session whether interview, formalized testing, "med check appointments", all in which were participated fully which maximized performance.

During follow-up sessions, Mr. Quaglieri examined how un-diagnosed Attention-Deficit Hyperactivity Disorder may have contributed to faulty decision-making. Mr. Quaglieri has participated in many sessions designed to establish ADHD strategies to improve prioritization of thinking, develop and maintain reflective thinking, develop and maintain existence in the third & final stage of social and emotional development ("thinking of the other guy first"). In addition, Mr. Quaglieri has been treated medically for his ADHD. It is hoped this medical treatment will continue while incarcerated.

Again, Mr. Quaglieri was simply the model patient. He is looking to the future. While in treatment, he was gainfully employed, completed college classes, volunteered as a spotter for national weather service. Mr. Quaglieri is in the process of designing programs/charities for offended youth as a way to atone.

Please contact if further information is necessary or if any therapeutic assistance is needed as Mr. Quaglieri serves his time incarcerated. It is hoped to be able to continue treatment following his release. Mr. Quaglieri's life could have been so different, it is hoped his future will be brighter.

*Amy Schley, Ph.D.*

Amy Schley, Ph.D.
Licensed Psychologist