# Healthy Life Plan
# Matthew Quaglieri

# Emotional Focus

Self-Esteem

## Problem

Throughout my life, I have struggled with low self-image and feelings of poor self-worth. This stems from the trauma of being bullied and excluded throughout my childhood and into early adulthood. As an overweight, socially awkward kid, I learned to tell myself that I am simply not worth the happiness and satisfaction that other seemingly "normal" people have obtained. My low self-esteem manifests itself in almost every aspect of my personality and behavioral traits. It has led to social anxiety which interferes with my willingness to take chances and open up to other people.

I have taught myself over the years that it is better to avoid uncomfortable interactions than to risk any sort of rejection and this avoidance has become a primary driver behind most of the decisions that I make in my life. As a result, I have gone through my life afraid to put myself in new situations unless I can be absolutely sure that there is little risk of failure or rejection. New situations are extremely stressful to me, and I have missed out on many opportunities because I have spent most of my life avoiding uncomfortable situations. I would not say that my life has been very fulfilling or rewarding since this anxiety has prevented me from actually experiencing it.

My issues around my sexuality are directly related to my low self-esteem. Before I was arrested, I lacked the courage to honestly show myself and those around me my true identity. As someone who struggles to gain social acceptance, I resisted any opportunities to open up to others out of the fear of being further ostracized. Acknowledging that I was gay would, in my mind, only make me even more of an outsider than I already was. This fear was further reinforced when I was reprimanded by my parents when they found a collection of gay porn that I had printed off of their computer. When they confronted me, they could not say the word "gay" and instead referred to "those people" as they warned me about what might happen if anyone found out about this collection of pornography. After this conversation, it was clear to me that these feelings of sexual attraction to men that I was experiencing were something to hide and that there would be huge consequences if I was ever to acknowledge my true sexual identity.

Somewhere over the course of my early adult years, I decided that the best way to keep these feelings at bay would be to use pornography in secret and not address the issue of sexuality publicly in any way. Instead of leaving me fulfilled, however, I developed a pornography addiction that taught me to objectify others and disregard the boundaries of

privacy. As I continued to seek out new sources of porn to comfort my unmet emotional and physiological needs, I eventually became obsessed with voyeurism-type content. To my horror, I started pondering what it would be like to make the same type of secret recordings that I had been viewing on my own.

Deep down, I have always viewed non cisgendered people as outsiders and this deep-seeded homophobia has prevented me from acknowledging my own sexuality. Throughout my life, I have always struggled with the conflict between who I wanted to be and who I knew that I really was deep down. In secret, I have always disliked the awkward gay man that I knew always existed in me. The root cause of all of these issues is the low self-esteem that I have accumulated through the experience of being a social outcast who struggles to make friends. Despite a great deal of effort, I have not been able to turn off the negative self-talk that plays constantly in my mind and have never been able to adequately address the underlying conditions that keep this voice alive. Over the years, I have gradually become bitter and resentful towards the rest of the world, which has seemingly never had a place for me in it. These feelings have manifested themselves as outbursts of anger, pessimistic thinking, and self-isolation which has made me an unenjoyable person for others to spend time with. As a result, I have become more isolated and lonelier over time, making it even more difficult to challenge my feelings of low self-worth.

# Goal

Addressing my low self-esteem means learning to become comfortable with all aspects of myself and acknowledging that I am just as worthy of basic human dignity as everyone else. I will remember and truly believe that there is no such thing as "normal" and that having imperfections is an important part of being a human being. I know that everyone faces their own challenges and that striving for perfection is an impossible goal. Instead of focusing on all of the aspects of me that I would like to change, I remind myself that I have many positive attributes that I would never wish to give up and that my journey through life is best taken "one step at a time." When positive things come my way, I will tell myself that I deserve them and allow myself to truly enjoy their benefits.

As my self-esteem improves, I will notice that the critical voice in my head has softened his tone of voice when offering feedback. This voice now begins statements with affirmations and acknowledgements of details about the specific circumstance before offering constructive suggestions to keep in mind for future situations. When others offer praise or other positive reinforcement, this voice is silent, allowing me to truly accept and internalize the compliment or good news. I do not need to desperately seek the approval of others because I know that I am enough just the way that I am.

I am also able to take healthy risks and engage in legal activities that push me outside of my comfort zone, even if there is a significant risk of failure and rejection. If I do not succeed in this type of situation, I can remind myself that failure is a healthy part of life and congratulate myself on taking the risk in the first place. I will remember that my setbacks do not define who I am; that it is up to me to choose how to respond to every situation that I encounter. I will analyze the situation for important lessons to be learned and will strengthen my resolve to challenge myself again in the future. I know that the best way to find happiness is to actively seek it out and that positive things typically come to those who act. I will remind myself that it is not necessary to apologize for taking chances.

I will accept myself as a gay man and will feel comfortable both expressing romantic attraction toward others and accepting similar feelings in return. I know that there are many others out in the world who are similar to me and that identifying in this way makes me just as worthy of love and respect as everyone else. I will remember that I am capable of being loved and cared for by others.

# Plan

## During Incarceration

| Order | Task | Checkoff |
|---|---|---|
| 1 | Complete trauma journaling exercise | |
| 2 | Practice the habit of saying a positive affirmation when I wake up | |
| 3 | Keep a journal, making at least one entry per week | |
| 4 | Create a list of all my positive attributes | |
| 5 | Practice interrupting my inner critic with positive self-talk | |

## During Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Find a therapist to see regularly | |

| | | |
|---|---|---|
| 2 | Reassess my ADHD treatment and restart stimulant medication | |
| 3 | Join after care group at Tetzlaff & Myhre | |
| 4 | Review and revise my list of positive attributes as needed | |
| 5 | Post my list of positive attributes where I will see it every day | |
| 6 | Continue saying a positive affirmation to myself when I wake up | |
| 7 | Continue interrupting my inner self-critic with positive self-talk | |
| 8 | Continue journaling as the need arises | |

## After Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Continue seeing a therapist as needed | |
| 2 | Continue attending after care group at Tetzlaff & Myhre as needed/as space allows | |
| 3 | Continue journaling as the need arises | |
| 4 | Continue saying a positive affirmation to myself when I wake up | |
| 5 | Add to my list of positive attributes as appropriate | |

# Physical Focus

Exercise

## Problem

I know that physical fitness is critically important to so many areas of my life, however, I have not always been successful at prioritizing this aspect of health. I was an overweight child and was constantly the target of bullying and mean-spirited jokes from my siblings and peers. (my brother and his friends used to call me "Matt the fat") I hated how I looked and felt and wished that I could have just been "normal," like most of my peers. Then, when I turned 19, I read a book about the science of nutrition and became motivated to make healthy changes in my life. I managed to lose 70 pounds through portion control, mindful snacking, and increasing my physical activity levels. Along with the physical changes, I noticed that I began to feel better, my energy levels increased, and that I could use exercise as a tool to help regulate my mood. As I have grown older, I have regained much of the weight that I lost as a young adult and have given into the trappings of a sedentary lifestyle. As this happened, several health issues that had previously disappeared, such as acid reflux and hypertension, have begun to become problematic again. It is clear that my physical and mental well-being is closely tied to my level of physical activity in my life.

Although I am not an athletic person, I appreciate the benefits that physical activity presents to me. Staying physically active helps me maintain a clear head and provides me with an outlet to work through the stress in my life. As I grow older, I know that it is crucial that I work to find ways to incorporate exercise into my daily routine in order to keep my body functioning well and my mind sharp. I have been fortunate to have not had many major chronic health issues up to this point in my life, but I know that good health is never a guarantee going forward. I also know that research continues to point to physical activity as one of the best issues to stave off illness and significant major medical conditions throughout life.

I also know that I must be careful about how I frame the issue of physical health in my mind. My previous struggles with my weight and body image could potentially make me more susceptible to risky situations in the future. When I lost a lot of weight as a young adult, I became obsessed with nutrition, portion control, and non-stop calorie counting. I became fixated on the number that my bathroom scale showed and began to attribute my sense of self-worth to my ability to make progress toward what I believed to be an ideal weight (160 pounds). Eventually this obsession became unhealthy, and I began to stress about every single thing that I ate. I would mentally beat myself up for any little deviation

in caloric intake and lived in constant fear of gaining weight. If I am not mindful about the way in which I go about focusing on my physical health in the future, I fear that I may develop an eating disorder or suffer serious injury from excessive physical activity.

As I grew older, the weight I lost gradually began to come back largely due to adopting a sedative lifestyle as a teacher and using food to comfort my depression, anxiety, and poor self-esteem. Occasionally, I have even resorted to binge eating as a coping method when I am feeling particularly down or hopeless. As I watched this weight slowly return, the negative self-talk about my physical appearance intensified, fueled by my other struggles with my sexual identity and social isolation. I began to lose motivation to engage in physical activity as I spiraled deeper and deeper into a depressive state.

I have always had a troubled relationship with food and my body image. Part of my planned focus on exercise must also include learning to accept my body the way it is and affirming that physical health cannot be measured solely by a number on a bathroom scale. I want to feel healthy, and I know that being physically active can help this become a reality.

# Goal

I make regular physical activity a consistent priority in my life. I remind myself that no matter how busy my life gets, I can choose to make time to focus on my physical health. I know that even a small amount of exercise is better than none at all and that the small steps can lead to big improvements over time. Sometimes this means that I purposefully choose to leave my schedule open in order to make room for physical activity.

I use several strategies to remain focused on my goal of making time for regular physical activity. When going over the scheduled dates in my calendar at the beginning of each week, I block off at least twenty or thirty minutes each day to do physical activity and decide ahead of time what activities to do. I can always change this plan as needed but planning at the start of the week prevents me from using "indecision paralysis" as an excuse to avoid exercise. I have made a list of the ways that exercise is beneficial to me and have put that list up where I will see it every day to remind me of my goal. After completing my physical activity for the day, I mentally congratulate myself for making physical health a priority. I also share my progress and pitfalls with my therapy group occasionally in order to celebrate my success and troubleshoot any problems that I may be experiencing.

I engage in a variety of different physical activities in order to avoid becoming bored and to practice trying new things and taking steps outside of my "comfort zone." My "go to" physical activity is to take a walk around the neighborhood while listening to music or a podcast. This activity is so beneficial to my mental health that I use it as an emotional

regulation strategy in addition to a way to get regular physical activity. In addition to regular walks, I ride my bicycle, do body weight exercises (pushups, squats, etc.), and occasionally work with weights. I also practice yoga twice a week as a part of my spiritual life goal and count this time toward my daily physical activity. As my sentencing restrictions allow, I remain open to trying new activities both on my own and with others. I remind myself of the importance of giving new activities, which may otherwise seem intimidating, a fair attempt before deciding if they are or are not for me.

I keep focused on how much better I feel when I prioritize physical activity in my life. I know that it is important to get regular physical activity no matter how my body looks and how much I weigh. I take time to pause and check-in with how I am feeling before, during, and after exercising and note that my mood has improved, my sleep has become more consistent, and I can think more clearly. Every time that I engage in physical activity, I remind myself of these positive trends and that my choice to make physical activity a priority has brought on these improvements.

# Plan

## During Incarceration

| Order | Task | Checkoff |
|-------|------|----------|
| 1 | Get in the habit of doing any amount of any type of physical activity every day within the first six months | |
| 2 | Plan at least three different body weight workouts that can be done in a small space | |
| 3 | Get in the habit of walking or jogging at least two days per week as space allows | |
| 4 | Get in the habit of doing body weight exercises at least two days per week | |
| 5 | Get in the habit of practicing yoga at least twice per week | |

## During Supervised Release

| Order | Task | Checkoff |
|-------|------|----------|

| | | |
|---|---|---|
| 1 | Schedule time for physical activity every day at the beginning of each week | |
| 2 | Make sure that scheduled physical activity includes time for cardio and weight exercises | |
| 3 | Continue practicing yoga at least twice per week | |
| 4 | Try at least one new physical activity every six months | |
| 5 | Find at least one new physical activity to make a regular part of my life | |

## After Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Continue scheduling time for physical activity every day at the beginning of each week | |
| 2 | Continue practicing yoga at least twice per week | |
| 4 | Try at least one new physical activity every six months | |
| 5 | Find at least one new physical activity to make a regular part of my life | |

# Intellectual Focus

Well-Balanced Career

## Problem

I am a very goal-oriented person and was focused on becoming a music teacher since I was in high school. Music education was my passion and gave my life a sense of profound purpose, but my factors in my work environment and poor work-life balance placed me in a high-risk situation.

When I was arrested, I watched everything that I had worked very hard for throughout my adult life crumble to the ground around me as a void of emptiness took its place. I no longer had a positive and productive direction in which I could apply my mind to give my life purpose. If left unaddressed, this void will eventually lead me toward more problematic behaviors in the future. I know that I need some sort of career goal that I can direct my energy toward in the future.

Being unemployed and under home confinement has helped me discover that I am more than what I do to earn a living. At the same time, I know that a large portion of the remainder of my life will be spent at work, and it is important that I end up doing something fulfilling that also pays my bills and obligations. I also know that my criminal record will make it significantly more difficult to find and keep a good job in the future.

I also really love learning new things and acquiring new skills. One of the biggest disappointments in my life is that I was arrested before I could complete a master's degree. I know that I may never have this opportunity again, but I am very eager to gain new skills that may help me obtain a new career in the future.

There are a few pitfalls that I will need to work to avoid in order to build a healthy life moving forward. While my past career provided me with a sense of fulfillment, it also led to my arrest and was a source of crippling stress and anxiety that contributed to the self-destructive behaviors that I engaged in. As the mental pressures of life became increasingly difficult, I chose to immerse myself deeper into my work to avoid addressing the underlying mental health issues that were at the root of my problems. While "hiding" in work tasks may have helped me feel more satisfied in the moment, it only made my problems worse in the long-term.

It is abundantly clear that how I was living my life was not working and that my unbalanced approach to my career actually made my mental health worse. I believe that the key to success in this area of my future life is going to be finding something productive and

enjoyable to spend my time on that also allows me to keep a healthy balance between work and leisure. Doing so can also help me make time to focus on those other areas of my life that also need my focus.

# Goal

I am content knowing that I am making progress toward a well-balanced career. I have earned my Bachelors of Business Administration degree and am taking advantage of any new opportunities that come my way. I am always on the lookout for ways to apply my skills in new ways and to incorporate my life's passions into my day-to-day job. I am also constantly seeking out opportunities for new jobs, promotions, and new responsibilities that I can assume at work.

On the job, I am personable, reliable, and a hard worker. I follow through on assigned tasks and take initiative to take on new jobs without being prompted to do so. I anticipate disagreements among my coworkers and I before they become a problem and work hard to develop positive working relationships with everyone I come in contact with. I remain humble when work becomes difficult, frustrating, or unappealing by reminding myself that I am fortunate to have a job and that everyone must do things at work that they do not enjoy. I accept any compliments that I receive with grace and remind myself that it is okay to be recognized for doing good work.

I continue to make learning new ideas and skills a priority in my life. I take advantage of any opportunities to learn something new that comes my way both while incarcerated and after release. I regularly practice stepping outside of my comfort zone by accepting learning opportunities that seem intimidating or unfamiliar. I take enough time to learn enough about a skill or ability before I decide that it is not for me. I consider seeking out additional educational experiences based on my available resources and the opportunities that I anticipate having in the future.

I know that a fulfilling career is only one part of a well-rounded, healthy life. When I feel overwhelmed or that I have too much on my plate, I remind myself that it is perfectly acceptable to ask for help and to turn down requests for overtime or extra commitments. I define myself by all of the facets that make up my identity and allow myself the freedom to explore hobbies and passions that I have outside from work.

# Plan

## During Incarceration

| Order | Task | Checkoff |
|---|---|---|
| 1 | Get a job at the prison I am assigned to | |
| 2 | Complete business core courses at Upper Iowa University | |
| 3 | Complete business elective courses at Upper Iowa University | |
| 4 | Apply for graduation from Upper Iowa University | |
| 5 | Practice learning to draw at least once per week | |
| 6 | Work on Spanish workbook at least once per week | |
| 7 | Participate in prison educational programming as available | |

## During Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Find gainful employment to build credible work experience | |
| 2 | Take advantage of professional development offered through work | |
| 3 | Make deliberate time to pursue other hobbies and interests on all days off | |
| 3 | Decide on educational pathway to pursue (graphic design, data analytics, etc.) | |
| 4 | Use skills from healthy life plan social goal to build professional network | |
| 5 | Research and seek out career advancement opportunities (new jobs, promotions, etc.) | |
| 6 | Complete a decision matrix to decide if attending school is worthwhile and follow through on decision | |

## After Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Complete school degree program if determined to be appropriate | |
| 2 | Continue to build professional network as social skills improve | |
| 3 | Seek out and apply for new job opportunities as they arise | |

# Social Focus

Relationships

## Problem

I have always struggled with interpersonal relationships as a result of poor self-esteem and trauma from being bullied and socially excluded throughout the majority of my life. Deep down, one of my greatest desires has always been to find other people who accept and value me for who I am.

Throughout my life, I have learned to avoid social interaction and, instead, to take comfort in the cold isolation from others. This has led to serious deficiencies in my social skills and has made the task of forming and maintaining real, authentic relationships extremely difficult. At the time of my offense, I had almost no friends and no one in my life that I actually felt close to. I learned that the safest way to interact with others was to put up psychological "walls" around myself to avoid any vulnerability and to feel as though I could control other people's perceptions of me. Doing so also provided me with a degree of mental safety from the prospects of truly addressing my sexuality. In reality, doing so often made my situation worse since others perceived me as cold and "off-putting" because I actively avoided awkward social interactions and did not seem to make any effort to get to know new people. This made the task of forming any sort of social relationship nearly impossible unless the other person made a substantial effort to reach out first.

I have also never been open and honest with myself about my sexuality. I have never given myself the opportunity to be okay with any amount of intimacy out of fear that they might discover "who I really am." As a result, I have been deprived of the basic human need of forming loving and accepting relationships with others and this has taken a major toll on my mental health and wellness. When I was younger, I thought I would be able to use pornography to "get by," however, this approach did not allow me the benefits of intimate human connection that can only be achieved by engaging in a real, mutual romantic partnership.

Research shows that loneliness is a major contributing factor to a wide range of significant health problems, and I worry that my lack of interpersonal relationships will prevent me from living a full, healthy life. I have always been a lonely person, and the accompanying feelings of isolation and rejection have only grown more intense as I have gotten older. As I continued to isolate myself from others into adulthood, my mental health and overall well-being has steadily declined. Additionally, my use of pornography as a comfort and

coping mechanism led to an addiction to explicit material that only further isolated me from others and led me to engage in self-destructive behaviors.

Although I know that not everyone in the world will accept me or even like me, I would give almost anything for the ability to form healthy relationships of any kind with others. I would also like to get to a point in my life in which I am able to try my hand at dating and possibly even a romantic relationship for the very first time.

# Goal

When I am in social situations, I feel more comfortable "in my own skin." I remind myself that others spend much less time thinking about me than I imagine and that it is okay to take chances being vulnerable in order to make new friends. When I am talking to new people, or people that I do not know well, I work hard to stay focused on the other person and use relaxation techniques to keep my social anxiety at bay. I actively listen to what the other person is saying when they are talking instead of thinking about what I am going to say when they get done. When I have the opportunity to speak, I can summarize what they have said and ask appropriate follow-up questions. I work hard to avoid interrupting others and always apologize if I make a mistake.

I seek out ways to push myself outside of my "social comfort zone" and opportunities to receive feedback on my social skills. Sometimes this is as simple as taking five minutes at work to practice making small talk with my coworkers before continuing on with my tasks. I also look for new groups to join that may offer opportunities to practice social skills in a safer, more structured environment. Groups like this are often organized around common interests or shared life experiences which can help ensure that other members already share commonalities. Some examples of groups that I may join in the future include an aviation enthusiasts club, an LGBTQ+ affinity and support group, and a group centered around hiking or another type of physical activity. When I do take the uncomfortable step of joining any sort of group of people for the first time, I congratulate myself on making progress toward my goal and bring the experience up at my therapy group for advice and encouragement.

From time to time, I will feel socially drained and would prefer to be by myself. When this happens, I tell myself that it is okay to avoid social situations in order to maintain a healthy life balance. I accept that everyone needs to take time for themselves, decline a social invitation, or just "tune out" from time-to-time. At the same time, I remain aware of my internal dialogue and am ready to act as my own "mental cheerleader" when I am tempted to avoid social opportunities in order to avoid discomfort.

As my sentencing conditions allow, I will seek out safe situations in which I can begin to explore how to have a healthy dating life. I will work with a therapist as well as my therapy

group to process this new life situation in order to make sure that I am going about things in a healthy way. I know that looking for a romantic relationship for the first time as a middle-aged adult can present some unique challenges, so I remind myself that it is completely normal to ask other trustworthy individuals for help and advice. I am patient with myself when I am uncomfortable with vulnerability and honest with those that I meet about the challenges that I face. I also remind myself that things do not always work out and remain willing to "try again" when attempts at dating do not go well or as planned.

# Plan

## During Incarceration

| Order | Task | Checkoff |
|---|---|---|
| 1 | Practice listening communication skills whenever the opportunity arises | |
| 2 | Practice making small talk with others as the opportunity arises | |
| 3 | Practice thinking of compliments to give others | |
| 3 | Use thought challenges when I begin to doubt my social skills | |
| 4 | Practice initiating conversations with others rather than simply reacting | |
| 5 | Reinforce attempts at new social interactions with positive self-talk | |

## During Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Use therapy group to continue practicing social skills and asking for feedback | |
| 2 | Research social groups nearby to join | |
| 3 | Reach out and talk to at least one person I do not know very well at least once a month | |
| 4 | Continue using thought challenges when my "inner critic" doubts my social skills | |
| 5 | Accept appropriate invitations to social activities as they arise | |
| 6 | Purposely give someone an unprompted compliment at least once per week | |
| 7 | Join a social group as sentencing conditions allow | |
| 8 | Discuss an appropriate strategy for dating with my therapist, therapy group, and agent | |

# After Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Continue to seek out the support of a therapist as necessary | |
| 2 | Join at least one social group and attend meetings regularly | |
| 3 | Continue making efforts to initiate conversation with new people | |
| 4 | Initiate engaging in a social activity with someone else | |
| 5 | Check in with at least one person that I have not heard from recently every other month | |
| 6 | Go on a date with someone | |

# Spiritual Focus

Connecting With God on My Own Terms

## Problem

I grew up in a Catholic home. I was baptized, participated in first communion, and received confirmation. When I was in high school, I served as a lector and music minister at my local church. As I entered adulthood, however, I became disenchanted with organized religion and fell out of practice with my faith. I began to learn that many people used religion to justify actions that were in no way aligned to the values that religion taught me as a child. While I was in college, I watched as religious groups and individuals fought tooth and nail to prevent gay marriages from becoming legalized in the United States. As a closeted gay man who was wrestling with and resisting my own sexuality, this political movement had a very significant impact on my view of the world and of my own faith. I ultimately lost faith in my religion and gave up any connection to spirituality in my life.

Throughout my early adult life, I searched for a way to meet my spiritual needs as it was clear that I was missing a connection to something "deeper." Without faith, there was nothing to remind me of the basic humanity that all people share in common; that everyone deserves basic dignity and respect. Without faith, I became bitter toward the world, frustrated with those who lived in it, and even hostile towards people that I cared about in my life. Then, when I was arrested, I began to reconnect with my Catholic faith from my childhood. I began conversing with God and reading the Bible to pass the time while in county jail. I even met with a pastor while in custody, and even though he insisted that homosexuality was a sin, I leaned into what he had to say as I was desperate to connect with a higher power.

Upon my release from jail, I began attending church again, met with the local pastor, and even participated in the sacrament of confession. Initially, reconnecting with my Catholic roots did help fill the "spiritual void" in my life and helped me process the drastic life change that I was experiencing. As time went on, however, I began to witness the same hostility from faith leaders and practitioners that led me to purge religion from life in the first place. Once again, I watched as organizations and individuals ignited hate toward vulnerable people such as the LGBT+ community and international refugees all while claiming to be following the teachings of Jesus. After the 2024 election, I decided that the best decision for my mental health was to take a break from attending church for the time being

While I have not yet come to terms with the hostility that many religions continue to display towards vulnerable populations, I do know that spirituality is an important component in

my life. At the moment, I have decided that my relationship with God is a very personal one and am working on building practices in my life that allow me to communicate with my creator on terms that may be better for my mental health and well-being.

The most effective way that I have come across that filled the "spiritual void" in my adult life has been through practicing yoga and meditation. At the height of both practices, I was meditating for twenty minutes every day and attending three yoga classes every week. These habits help me feel more "grounded," connected to a sense of "greater purpose," and more compassionate towards others. Unfortunately, I fell out of both practices as my life spiraled toward my eventual offending behavior that would lead to my arrest. As I work to rebuild a healthier and more fulfilling future life for myself, I plan to work on reconnecting with God by making time and space in my life to once again practice yoga and meditation.

## Goal

I make time every day for at least ten minutes of meditation. As with my physical activity goals, I remind myself that it is up to me to choose to make my spiritual well-being a priority every day no matter how busy my schedule becomes. In order to help make this practice an automatic routine that I do not have to think about, I make meditation the first thing that I do once I get out of the shower and am dressed for the day. This allows me to ground myself and to move forward throughout the rest of my day with a clear intention. I also am in the habit of making space for a brief meditation when I am overwhelmed or otherwise need to reconnect with my intentions and spiritual center.

When I meditate, I usually follow the routine that I learned from the Headspace app. I begin by taking some deep breaths and gently closing my eyes. I then begin to ground myself into my surroundings by taking a moment to feel the connection between my body and the chair that I am sitting in. I take time to notice the sounds, smells, and tastes that I am currently experiencing in the moment before taking a moment to do a slow, even body scan from head to toe. Scanning down, I notice any physical sensations in a non-judgmental way. Then, I take a moment to acknowledge the points of gratitude in my life and to thank my creator for all that has been provided to me. I then shift my focus to my breath, letting my body breathe naturally and allowing thoughts to come and go in my mind as though I am sitting on the side of the road watching cars drive by. At the end of this practice, I take a moment to let go of all focus and to allow my mind to do whatever it wants to do while I take note of anything particularly strong that may arise during this time before gently opening my mind. Of course, this practice is only a starting point for my practice, and I often seek out new meditations and conversations that I can have with my creator.

I also make time to practice yoga at least twice per week. As with meditation and physical activity, I know that it is up to me to prioritize this practice in my life and that I am more likely to stick with it if I regularly schedule time for yoga at the beginning of each week. I also count these sessions as physical activity for the day which motivates me even further to stick with my goal. If I miss a session, I remind myself that I am still okay and that every day is a new opportunity to make progress toward my goals. When I complete a session of yoga, I take time to reflect upon how my body and mind feel and congratulate myself in taking another step toward a healthy and fulfilling life.

Practicing yoga is done individually or with others as a part of a formal yoga class session as allowed by my sentencing conditions. Regardless of the form that this practice takes, I set aside a moment at the beginning of each session to set an intention and to acknowledge all of the positive aspects of life that God has made possible. I try to maintain this sense of gratitude while I proceed through each sequence of movements and every time I bring my hands into my chest (prayer hands), I remind myself of the intention that I originally set. As I end each practice with savasana, I take time to quiet my mind and to listen for has to say to me.

# Plan

## During Incarceration

| Order | Task | Checkoff |
|---|---|---|
| 1 | Brainstorm at least 20 different yoga sequences (write down) | |
| 2 | Meditate for 10 minutes every other day | |
| 3 | Practice yoga at least once per week | |
| 4 | Read two different books about meditation | |
| 5 | Meditate for 10 minutes every day | |
| 6 | Practice yoga at least twice per week | |
| 7 | Meditate for 20 minutes every day | |
| Bonus | Find at least one other inmate to practice yoga with | |

## During Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Sign up for a Headspace subscription | |
| 2 | Get in the habit of meditating for 10-20 minutes daily after my morning shower | |
| 3 | Complete at least three Headspace courses | |
| 4 | Schedule time to practice yoga at least twice per week | |
| 5 | Research local yoga studios | |
| Bonus | Take trial classes at a yoga studio as conditions allow | |

## After Supervised Release

| Order | Task | Checkoff |
|---|---|---|
| 1 | Maintain the habit of meditating for 10-20 minutes daily after my morning shower | |
| 2 | Complete at least three more Headspace Courses | |
| 3 | Join a yoga studio | |
| 4 | Maintain the habit of practicing yoga at least twice per week | |
| 5 | Research requirements for obtaining yoga instructor certification | |