# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 4/3/25   DAY: Thursday   START TIME: 1:04 PM   END TIME: 2:45 PM

JUDGE/MAG.: WMC   CLERK: JAT   REPORTER: PH

PROBATION OFFICER: M. Stieve   INTERPRETER: --   SWORN:

CASE NUMBER: 22-cr-114-wmc-1   CASE NAME: USA v. Matthew E Quaglieri

---

**APPEARANCES:**

AUSA: Elizabeth Altman   DEFENDANT ATTY.: Joseph Bugni

Louis Glinzak

DEFENDANT PRESENT: YES

---

**SENTENCING GUIDELINE RANGE:**

TOTAL OFFENSE LEVEL: 40   CRIMINAL HISTORY CATEGORY: I

ADVISORY GUIDELINE IMPRISONMENT RANGE: 240 to 240 MONTHS.

---

**SENTENCE:**

COUNT(S) 1s : ☐ INDICTMENT   ☒ INFORMATION

CBOP CT. 1s ; 168 MOS.; 25 YRS. S/R; $ *20100 CA; $ TBD REST.; $ -- FINE.

CT. ____ ; ____ MOS.; ____ YRS. S/R; $ ____ CA; $ ____ REST.; $ ____ FINE.

☐ VOLUNTARY SURRENDER: ____ between ____ and ____ ;

☐ RELEASE CONDITIONS CONTINUED.

☒ DETAINED.

---

**ACTIONS:**

☒ PLEA AGREEMENT ACCEPTED

☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

☒ DEFENDANT ADVISED OF RIGHT TO APPEAL

☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

☐ REVOKED

---

**NOTES:**

Restitution hearing set for 5/30/25 at 1:00pm.

Final order of forfeiture granted.

*Special Assessment- $100; AVAA Assessment- $15,000; JVTA Assessment- $5,000

TOTAL COURT TIME: 1'41"